26 F.3d 121
 Briehler (Roy P.)
v.
Township of Ewing, Walters (Fred), Ewing Township
Administrator, Stratton (William), Engineer, Lindbloom
(Carl), Planner, Tighue (Thomas), Mayor, Committeeman,
Bridges (Al), Elliot (Steve), Allen (Charles), Leff
(Albert), Health Officer, Lee (W. Allen, III), Sanitation
Inspector, Guzzo (Peter), Ewing Township Planning Board,
Ewing Township Zoning Board, Ewing Township Board of Health,
Ewing Township Municipal Court, Ewing Township Police Department,
 NO. 93-5652
 United States Court of Appeals,
Third Circuit.
 Apr 29, 1994
 
 Appeal From: D.N.J.,
 Parell, J.
 
 
 1
 AFFIRMED.